Charles R. Messer (SBN 101094)
messerC@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskiD@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinsS@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant,
Select Resource Group, LLC

UNITED STATES DISTRICT COURT
CENTRALDISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL ABOURICHE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECT RESOURCE GROUP, LLC,<br><br>Defendant. | Case No.: 2:14-CV-00802-GAF-SH<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

    **PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the individual action of Plaintiff NABIL ABOURICHE, with prejudice, and dismiss without prejudice the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii), within 45 days from the date of this Notice. The parties request that

the Court take off calendar all future calendared dates. The parties also request that the Court take off calendar the Scheduling Conference set for 1:30 p.m. on June 2, 2014. Each party shall bear their own costs and expenses.

Dated: May 30, 2014   KAZEROUNI LAW GROUP, APC

By: s/ Abbas Kazerounian
    Abbas Kazerounian
    Attorneys for Plaintiff,
    NABIL ABOURICHE

Dated: May 30, 2014   CARLSON & MESSER LLP

By: s/ David J. Kaminski
    David J. Kaminski
    Attorneys for Defendant,
    SELECT RESOURCE GROUP, LLC