**LINK:** JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-802 GAF (SHx) | Date | July 17, 2014 |
|---|---|---|---|
| Title | NABIL ABOURICHE v. SELECT RESOURCE GROUP, LLC | | |

| Present: The Honorable | **GARY ALLEN FEESS, United States District Judge** | |
|---|---|---|
| Stephen Montes | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** **(In Chambers)**

A Notice of Settlement was filed on May 30, 2014. Docket Entry 22.

On May 30, 2014, the Court issued a Text Only Entry ordering the parties to file a Stipulation and Proposed Order Dismissing the action on or before July 14, 2014 or, in the alternative a Joint Status Report.

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |